IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-37506-H3-13 |
| DEVODA AND MARISA DAVISON, § | |
| § | |
| DEBTORS § | |

<u>**ORDER DENYING MOTION TO EXTEND AUTOMATIC STAY AS TO
WESTSTREET INVESTMENTS,L.P. [DOCKET NO. 9]**</u>

Upon consideration of the Motion To Extend Automatic Stay Regarding All Creditors, and the Objection filed by Weststreet Investments, L.P. ("Creditor"), the Court finds that the Debtors have not satisfied their burden to produce clear and convincing evidence that the stay should be extended. Now, therefore it is

ORDERED that the automatic stay is not extended as to Weststreet Investments, L.P. and the automatic stay shall terminate on October 2, 2010, as to Weststreet Investments, L.P. and Weststreet Investments, L.P., its agents and assigns, shall be entitled to exercise any and all of its rights and remedies to obtain possession of the Property, with the street address of 3410 Legion Street, Houston, Texas 77026 (the "Property"), including, but not limited to, a foreclosure of Creditor's lien and security interest in this Property.

Signed:

_____
HONORABLE LETITIA PAUL
UNITED STATES BANKRUPTCYJUDGE: