UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| CASE NO. 10-37506 | § | IN RE: | Davoda Lee Davison and Marisa Dae Davison |
| | § | | |
| WITNESSES: | § | JUDGE: | HONORABLE LETITIA Z. PAUL |
| 1. Davoda Davison | § | CTRM STAFF: | Maria Rodriguez |
| 2. Marisa Davison | § | DATE: | September 24, 2010 |
| 3. Scott Wizig | § | PARTY'S NAME: | Weststreet Investments, L.P. |
| 4. Aurelia Gutierrez | § | ATTY'S NAME: | Preston T. Towber |
| 5. Jose Martinez | § | ATTY'S PHONE: | (832) 485-3555 |
| 6. Any impeachment | § | NATURE OF PROCEEDING: Motion to Extend | |
| witnesses | § | Automatic Stay Regarding All Creditors | |
| 7. Any witness called by | § | Creditors [Docket #9] | |
| any party | § | | |

| NO. EX. | DESCRIPTION | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1 | Proof of Claim | | | | | | |
| 2 | Schedule I and Summary of Schedules | | | | | | |
| 3 | Chapter 13 Plan | | | | | | |
| 4 | Amended Schedules I and J | | | | | | |
| 5 | Second Amended Schedules I and J | | | | | | |
| 6 | Chapter 13 Payment History Case No. 09-37047 | | | | | | |
| 7 | Docket Sheet Case No. 09-37042 | | | | | | |
| * | Judicial Notice of Pleadings and Docket Sheets in Previous Cases | | | | | | |
| * | Any impeachment or rebuttal exhibits | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |