

ENTERED
09/24/2010

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

|  |  |
|---|---|
| IN RE | ) |
| DEVODA L. DAVISON and<br>MARISA D. DAVISON, | ) CASE NO. 10-37506-H3-13 |
| Debtors, | ) |

## JUDGMENT

Based on the separate Memorandum Opinion signed this same date, it is

ORDERED that the "Motion to Extend Automatic Stay" (Docket No. 9) filed by the Debtors in the above captioned Chapter 13 case is denied.

Signed at Houston, Texas on September 24, 2010.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE